# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN GARCIA, | ) | Case No. CV 12-9120 RGK (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 5, 2013

*/s/ Gary Klausner*
_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE